IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ERIC DEJUAN JONES, #50222**                                    **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 3:06cv377HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**             **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of February, 2007.

                                             s/ HENRY T. WINGATE
                                             CHIEF UNITED STATES DISTRICT JUDGE